IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICARDO NATIVIDAD, *Plaintiff(s)*, v. DETECTIVE PAUL RALEY, et al., *Defendant(s)*. | CIVIL ACTION NO. 22-5061 |

### ORDER

**AND NOW**, this 5th day of April 2024, upon consideration of Plaintiff's Second Amended Complaint (ECF No. 33), Defendant's Motion to Dismiss (ECF No. 37), Defendant's Motion to Strike (ECF No. 38), and Plaintiff's Responses (ECF Nos. 39, 40), it is hereby **ORDERED** that Defendant's Motion to Dismiss is **DENIED**. It is further **ORDERED** that Defendant's Motion to Strike is **GRANTED** in part and **DENIED** in part. All claims against Gallagher and Sax previously dismissed with prejudice remain dismissed consistent with the Court's accompanying Memorandum, but no individual paragraphs are stricken from the second amended complaint. The Clerk of Court shall terminate Gallagher on the docket.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.