**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RICARDO NATIVIDAD,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **CIVIL ACTION** |
| | : | **No. 22-cv-5061-GJP** |
| **DETECTIVE PAUL RALEY, et al.,** | : | |
| **Defendants.** | : | |

**<u>TABLE OF CONTENTS FOR APPENDIX TO MOTION FOR SUMMARY JUDGMENT FILED BY DEFENDANTS, DETECTIVE PAUL RALEY, DETECTIVE JAMES DOUGHERTY, DETECTIVE ARTHUR MEE, AND THE CITY OF PHILADLEPHIA</u>**

| Exhibit Number | Document Description |
|---|---|
| **1** | Natividad Trial Transcript, November 5, 1997 |
| **2** | Natividad Trial Transcript, November 6, 1997 |
| **3** | Natividad Trial Transcript, November 7, 1997 |
| **4** | Natividad Trial Transcript, November 10, 1997 |
| **5** | Carl Harris Statement |
| **6** | Affidavit of Probable Cause |
| **7** | Natividad Deposition Transcript |
| **8** | Genardo McIlwain Arrest Records |
| **9** | “Maculla” Note |
| **10** | John McCullough Declaration |
| **11** | Joseph Rutherford Statement |
| **12** | Cynthia Smith Statement |

| | |
|---|---|
| **13** | Rolston Ricardo Robinson Statement |
| **14** | Officer Shane Darden Statement |
| **15** | Activity Sheet, 11/13/96 |
| **16** | Tracie Durham Statement |
| **17** | Richard Anderson Statement |
| **18** | Tish Ann Ambrosine Statement |
| **19** | Notes of Testimony from PCRA Hearing, April 28, 2016 |
| **20** | Notes of Testimony from PCRA Hearing, May 20, 2016 |
| **21** | John McCullough III Letter to Father |
| **22** | Notes of Testimony from PCRA Hearing, July 7, 2016 |
| **23** | Activity Sheet, 11/12/96 |
| **24** | Parties' Stipulation 02-cv-449-CMR, ECF 126 |
| **25** | Notes of Testimony from Guilty Plea, February 8, 2022 |
| **26** | Docket Sheet CP-51-CR-0313921-1989 |
| **27** | Docket Sheet CP-51-CR-0338181-1989 |
| **28** | Commonwealth's December 21, 2021 Letter to Court of Common Pleas |
| **29** | Docket Sheet CP-51-CR-0703121-1997 |
| **30** | Inmate Locator Report, April 7, 2025 |
| **31** | Report of Timothy Dixon |

Respectfully submitted,

Date: April 7, 2025

*/s/ Benjamin T. Jackal*
Benjamin T. Jackal
Deputy City Solicitor