IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RICARDO NATIVIDAD,<br><br>　　　　　*Plaintiff,*<br><br>　v.<br><br>DETECTIVE PAUL RALEY, et al.,<br><br>　　　　　*Defendants.* | CIVIL ACTION<br>NO. 22-5061 |

## ORDER

**AND NOW**, this 30th day of May, 2025, upon consideration of the Defendants' Motion for Summary Judgment, (ECF No. 62), and Plaintiff's Response, (ECF No. 70), and after holding oral argument, (ECF No. 74), it is hereby **ORDERED** that Defendants' Motion is **GRANTED in part** and **DENIED in part** as follows:

1. Judgment shall be entered in favor of all Defendants on Counts II and III.

2. Judgment shall be entered in favor of Defendants Raley and Mee on Count I in its entirety.

3. Judgment shall be entered in favor of Defendant Dougherty as to the fabrication-of-evidence claim in Count I(A).  The deliberate-deception claim against Dougherty in Count I(B) shall proceed to trial.

BY THE COURT:

*/s/ Gerald J. Pappert*
GERALD J. PAPPERT, J.

1